# REESE LLP

**Via CM/ECF**  May 18, 2016
Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *Worth v. CVS Pharmacy, Inc.*, No. 2:16-cv-00498-FB-MDG (E.D.N.Y.)

Dear Judge Go,

      My firm, along with co-counsel, represents the plaintiffs in the above-captioned action.

      We write to request a settlement conference before Your Honor at the Court's earliest convenience. Given the history of this matter, and Your Honor's significant involvement to date, we believe that a settlement conference before Your Honor is necessary to determine if the matter can be resolved at this juncture.

      We request that a representative of CVS with the required authority to settle be present in person at the proposed settlement conference. We also ask that counsel in the case filed in the U.S. District Court for the Northern District of Illinois that is pending transfer to this Court, *Aliano v. CVS Pharmacy, Inc.*, No. 1:16-cv-03372 (N.D. Ill.), attend either in person or by phone.

      Respectfully submitted,

      Michael R. Reese

Cc:    All counsel of record, via CM/ECF