## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **July 12, 2018** |
| **TIME:** | **3:00 p.m.** |
| **DOCKET NUMBER(S):** | **CV 16-498 (FB)** |
| **NAME OF CASE(S):** | **Worth et al v. CVS Pharmacy, Inc.** |
| **FOR PLAINTIFF(S):** | **Reese, Kats and Briskin** |
| **FOR DEFENDANT(S):** | **Spano and Stephans** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **3:00-3:32** |

**STATUS CONFERENCE RULINGS:**

**The parties will submit a letter by July 27 indicating whether they intend to proceed with mediation and, if so, the scope of the mediation and the identity of the mediator.**

**Unless they mutually agree to defer further litigation, plaintiffs shall either submit a premotion conference application in anticipation of seeking leave to amend their complaint or a letter indicating their intention to proceed based upon their existing pleading by August 10, 2018.**