

July 25, 2018

*Via ECF*
The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Worth, et al., v. CVS Pharmacy, Inc.*, Case No. 2:16-cv-00498-FB-SMG (E.D.N.Y.)

Dear Judge Gold:

      In accordance with this Court's directive, we are pleased to advise that the parties in the above-captioned matter have agreed to return to mediation with David Geronemus of JAMS. In addition, because of this, Plaintiffs will not at this juncture seek leave to amend their complaint.

      The first possible date that all parties and Mr. Geronemus can gather is October 18, 2018. After some back and forth, counsel for both parties have agreed to proceed then.

      We are hopeful that the mediation will prove productive, and will update the Court on October 19, or as soon thereafter as practicable. Should there be any concerns in the interim, we are available at the Court's convenience to discuss them.

      Respectfully submitted,

      /s/ *Maia Kats*

      Maia Kats
      Counsel for Plaintiffs

Cc: All counsel of record, via ECF

1220 L Street, NW, Suite 300 • Washington DC  20005-4053 • tel 202 332-9110 • fax 202 265 4954 • www.cspinet.org