

CYRUS MEHRI (DC, CT)
STEVEN A. SKALET (DC, MD)
JAY ANGOFF (DC, MO, NJ)
CRAIG L. BRISKIN (DC, NY, MA)
ELLEN EARDLEY (IL, DC)
RICHARD E. CONDIT (DC)
JOANNA WASIK (DC, NY)
CHRISTINE MONAHAN (DC)

U.W. CLEMON (AL)
N. JEREMI DURU (DC, MD)
KARLA A. GILBRIDE (DC, CA, NY)
MICHAEL D. LIEDER (DC)
BRETT WATSON (DC, MD)
OF COUNSEL

1250 CONNECTICUT AVENUE NW, SUITE 300 • WASHINGTON, DC 20036
TEL 202.822.5100 • FAX 202.822.4997 • WWW.FINDJUSTICE.COM

October 4, 2018

**By ECF**
The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Worth et al. v. CVS Pharmacy, Inc*., Case No. 16-CV-498-FB-SMG (E.D.N.Y.)
    *Ferguson v. CVS Pharmacy, Inc.,* Case No. 18-CV-1529-JLS-MDD (S.D.Cal.)

Dear Judge Gold:

We write to draw your attention to recent developments in a related case pending against CVS, in which Plaintiffs have moved to intervene.

As the attached docket reflects, on July 5, 2018, Mr. Ferguson filed a class action complaint against CVS, with allegations that track the allegations in the Worth complaint, a good deal of it word for word. The Worth Plaintiffs moved to intervene in the case on September 5, 2018; a hearing is scheduled for October 25, 2018.

Yesterday, the court entered a default for CVS, who failed to answer or respond to the complaint after being served on July 10, 2018 (default judgment attached). We have not received any communication from either Mr. Ferguson or CVS regarding this matter. We bring these developments to your attention because they potentially implicate the interests of the Worth Plaintiffs and the proposed class.

Respectfully Submitted,

/s/ *Craig L. Briskin*

Attachments

cc:  Frank Spano, Esq.

DEFAULT

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:18-cv-01529-JLS-MDD

| | |
|---|---|
| Ferguson v. CVS Pharmacy, Inc. | Date Filed: 07/05/2018 |
| Assigned to: Judge Janis L. Sammartino | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Mitchell D. Dembin | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity Action | Jurisdiction: Diversity |

**Plaintiff**

**Les Ferguson**
*individually and on behalf of all others similarly situated*

represented by **Trenton R. Kashima**
Finkelstein & Krinsk, LLP
550 W. C Street
Suite 1760
San Diego, CA 92101-3593
619-238-1333
Fax: 619-238-5425
Email: trk@classactionlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CVS Pharmacy, Inc.**

**Intervenor**

**Jeffrey Worth**

represented by **Michael R. Reese**
Reese Richman LLP
875 Avenue of the Americas
18th Floor
New York, NY 10001
(212) 643-0500
Fax: (212) 253-4272
Email: mreese@reeserichman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Robert Burns**

represented by **Michael R. Reese**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2018 | 1 | COMPLAINT with Jury Demand against CVS Pharmacy, Inc. ( Filing fee $ 400 receipt number 0974-11409648.), filed by Les Ferguson. (Attachments: # 1 Civil Cover Sheet) |

| | | |
|---|---|---|
| | | The new case number is 3:18-cv-1529-JLS-MDD. Judge Janis L. Sammartino and Magistrate Judge Mitchell D. Dembin are assigned to the case. (Kashima, Trenton)(lrc) (sjt). (Entered: 07/06/2018) |
| 07/06/2018 | 2 | Summons Issued.<br>**Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (lrc) (Entered: 07/06/2018) |
| 07/30/2018 | 3 R | SUMMONS Returned Executed by Les Ferguson. CVS Pharmacy, Inc. served. (Kashima, Trenton)(mpl). (Entered: 07/30/2018) |
| 09/06/2018 | 4 | MOTION to Intervene *and to Transfer or, in the Alternative, to Stay This Action Pursuant to the First-to-File Rule* by Jeffrey Worth, Robert Burns. (Attachments: # 1 Memo of Points and Authorities in Support of Motion to Intervene and to Transfer or, in the Alternative, to Stay This Action Pursuant to the First-to-File Rule, # 2 Table of Exhibits, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G)(Reese, Michael)Attorney Michael R. Reese added to party Jeffrey Worth(pty:intv), Attorney Michael R. Reese added to party Robert Burns(pty:intv) (jpp). (Entered: 09/06/2018) |
| 10/03/2018 | 5 | Request for Entry of Clerk Default against CVS Pharmacy, Inc.. (Attachments: # 1 Declaration of Trenton Kashima in support of request, # 2 Exhibit A to Declaration of Trenton Kashima, # 3 Proof of Service)(Kashima, Trenton) (jpp). (Entered: 10/03/2018) |
| 10/03/2018 | 6 R | Clerk's ENTRY OF DEFAULT as to CVS Pharmacy, Inc. (jpp) (Entered: 10/03/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/04/2018 07:46:21 | | | |
| **PACER Login:** | MSPacer300:5334807:0 | **Client Code:** | 15215 |
| **Description:** | Docket Report | **Search Criteria:** | 3:18-cv-01529-JLS-MDD |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |



# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Les Ferguson, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>CVS Pharmacy, Inc. et al.<br><br>**Defendant.** | **Civil No.**  18CV1529-JLS(MDD)<br><br>**DEFAULT** |

    It appears from the record in the above entitled action that Summons issued on the Original Complaint Filed on 7/05/2018 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered: CVS Pharmacy, Inc.

Entered On:  Oct 3, 2018

**JOHN MORRILL, Clerk of Court**

By:  s/ J. Petersen

J. Petersen, Deputy