# REESE LLP

**Via CM/ECF**  May 24, 2019
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *Worth v. CVS Pharmacy, Inc.*,
                  No. 2:16-cv-00498-SMG (E.D.N.Y.)

Dear Judge Gold,

      My firm, along with co-counsel, represent plaintiffs in the above-referenced action. I write to update the Court on the timing for our filing of the Proposed Order Granting the Motion for Preliminary Approval ("Proposed Order").

      We had hoped to file the Proposed Order today but cannot as we have not yet received information from the Claims Administrator regarding the timing of internet and publication notice that will be included in the Proposed Order.  We will file the Proposed Order once we receive the information and anticipate it will be early next week.

                                                      Respectfully submitted,

                                                          Michael R. Reese

cc:    All counsel of record, via CM/ECF